IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| CAROLINE COOK BAILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 0:12-cv-01724-TMC |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | **ORDER** |
| ) | |
| Defendant. ) | |

Upon consideration of the parties' Joint Stipulation for Attorney Fees Pursuant to the Equal Access to Justice Act (ECF No. 26), the Court hereby awards Plaintiff $4,700.00 in attorney fees and $16.00 in expenses pursuant to the Equal Access to Justice Act ("EAJA"). It is also ordered that costs in the amount of $7.00 shall be awarded pursuant to 28 U.S.C. §§ 2412(a) and 1920. It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

August 15, 2013
Anderson, South Carolina